# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ERIC ZOZULA,**

                    **Plaintiff,**

-vs-                                             **Case No.  6:10-cv-1588-Orl-31GJK**

**STATE OF FLORIDA, et al,**

                    **Defendants.**

_____

## ORDER

Pursuant to Local Rule 1.04(a), this case is hereby **TRANSFERRED** to the Honorable

John Antoon II, with his permission, as a similar or successive case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 10, 2011.

                                         **GREGORY A. PRESNELL**
                                       **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party