**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ERIC ZOZULA,**

      **Plaintiff,**

**-vs-**                Case No.  6:10-cv-1588-Orl-28GJK

**STATE OF FLORIDA; JERRY L.**
**DEMINGS, in official capacity; CARLY**
**HUBBARD, in official capacity and**
**personally; SANDRA CASTRO-RIVERA,**
**in official capacity and personally;**
**LINDA BURDICK, in official capacity**
**and personally; LEE DAVIS, in official**
**capacity and personally; CHRISTOPHER**
**DILLION, in official capacity and**
**personally; CHARLES DEISLER, in**
**official capacity and personally;**
**ROBERT "BOBBIE" PALMER, JR., in**
**official capacity and personally,**

      **Defendants.**

_____

# ORDER

  This cause is before the Court on the Motion to Dismiss (Doc. 48) filed by Defendant Lee Davis ("Davis"); the Motion to Dismiss (Doc. 49) filed by Defendant Charles Deisler; and the Motion to Dismiss (Doc. 50) filed by Defendant Christopher Dillion ("Dillion").[1]  Plaintiff has filed Responses (Docs. 60-62) to each of these motions.

---

  [1]This Defendant's name is spelled "Dillion" in the Complaint, though apparently the correct spelling is "Dillon."  For the sake of consistency in the record, the Court will employ the spelling that is used in the Complaint.

In his Complaint (Doc. 1), Plaintiff attempts to bring one or more claims against Davis, Deisler, and Dillion—each of whom is a law enforcement officer—based on their alleged actions or inaction in connection with investigating but not arresting Plaintiff's ex-wife for various offenses that Plaintiff alleges his ex-wife has committed. However, the manner of conducting an investigation and the decision whether to arrest involve discretionary law enforcement functions, and Plaintiff has no constitutional or other federal right to have a third party arrested or to have an investigation conducted in a particular way. Such claims are not viable under state law either. See Everton v. Willard, 468 So. 2d 936 (Fla. 1985). Thus, the motions to dismiss filed by these three Defendants are well-taken.

Accordingly, it is **ORDERED** and **ADJUDGED** that the Motions to Dismiss (Docs. 48, 49, & 50) filed by Defendants Lee Davis, Charles Deisler, and Christopher Dillion are **GRANTED**. The claims against Defendants Davis, Deisler, and Dillion are **DISMISSED with prejudice**.

**DONE** and **ORDERED** in Orlando, Florida this 24th day of June, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party